# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00696-CV

**In the Matter of D. M.**

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 62,606, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We grant appellant D.M.'s motion to dismiss his appeal. *See* Tex. R. App. P.
42.1(a)(1). The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   August 20, 2009